Opinion issued June 18, 2010.










In The

Court of Appeals

For the

First District of Texas

____________


NO. 01-10-00235-CV

____________


IN RE OTONIEL CANTU A/K/A TONY CANTU, Relator






Original Proceeding on Petition for Writ of Mandamus






MEMORANDUM OPINION Relator, Otoniel Cantu a/k/a Tony Cantu, has filed a petition for a writ of
mandamus complaining of Judge Larry Weiman's (1) March 19, 2010 order denying
relator's plea to the jurisdiction. After due consideration, the Court denies the
petition for writ of mandamus.


PER CURIAM

Panel consists of Chief Justice Radack and Justices Bland and Sharp.
1. 
 
 -